UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION; ALCON LABORATORIES, INC.; and DOES 1-20,<br><br>　　　　Defendants. | No. 2:13-cv-02389-GEB-CKD<br><br>**ORDER OF DISMISSAL** |

　　　　In light of the parties' stipulation filed December 20, 2013, in which they state: "[t]he Parties have reached an agreement to settle this matter[,]" (ECF No. 9 ¶ 5), and since a basis for the exercise of continuing jurisdiction over the settlement has not been provided, this action is dismissed.

　　　　Dated: January 6, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1